UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>JOSHUA WAYNE SMITH,<br><br>    Defendant. | CRIMINAL NO. 5:16-100-KKC<br><br><br>**OPINION AND ORDER** |

*** *** ***

This matter is before the Court on the defendant Joshua Smith's motion to vacate under 28 U.S.C. § 2255. (DE 37.) The defendant argues that 18 U.S.C. § 922(g)(1) is unconstitutional on its face. (*Id*. at 1.) The magistrate judge recommends the defendant's motion be denied. (DE 47.) The Court has reviewed the magistrate judge's recommendation and agrees with its analysis. Additionally, recent Sixth Circuit caselaw has made it abundantly clear that § 922(g)(1) is constitutional. *United States v. Williams*, 113 F.4th 637, 662-63 (6th Cir. 2024) ("we hold today that § 922(g)(1) is constitutional on its face."). Thus, it is hereby ORDERED that

1. the Report and Recommendation (DE 47) is ADOPTED;
2. the defendant's motion to vacate his sentence under § 2255 (DE 37) is DENIED;
3. a certificate of appealability will not be issued; and
4. a judgment consistent with this order and the Report and Recommendation will be ENTERED.

September 24, 2024



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY