# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 5:16-100-KKC |
| Plaintiff, | |
| V. | JUDGMENT |
| JOSHUA WAYNE SMITH, | |
| Defendant. | |

**\*\*\* \*\*\* \*\*\***

In accordance with the order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1. the defendant Joshua Smith's motion to vacate under 28 U.S.C. § 2255 (DE 37) is DENIED;

2. this judgment is FINAL and APPEALABLE;

3. a certificate of appealability will not be issued, Smith having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4. This matter is DISMISSED and STRICKEN from the Court's active docket.

September 24, 2024



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY